**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:19-cr-96 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| COREY DIONTE MUCKLE | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

---

# ORDER

---

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 36) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count Two of the two-count Indictment; (2) accept Defendant's guilty plea to Count Two of the two-count Indictment; (3) adjudicate Defendant guilty of possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 16) until sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 36) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count Two of the two-count Indictment is **GRANTED**;
2. Defendant's plea of guilty to Count Two of the two-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1);

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 16) until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **March 6, 2020, at 9:00 a.m.**

**SO ORDERED.**

**/s/*Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**